| | |
|---|---|
| City of Poughkeepsie, et al., | **Civil Number:** 25 Civ. 7668 |
| | **Date Filed:** 11/17/2025 |
| **vs** *Plaintiff(s)* | **Client's File No.:** 2571398 |
| County of Dutchess, et al., | **Court/Return Date:** |
| *Defendant(s)* | |

# AFFIRMATION OF SERVICE

**Benjamin Wakefield**, affirms and says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **November 24, 2025, at 3:13 PM** at **22 Market Street, 6th Floor, Poughkeepsie, NY 12601**,   Deponent served the within **Summons in a Civil Action, Complaint and Jury Demand**

On: **County of Dutchess**, Defendant therein named, (hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.   Attempts at personal delivery were made on:

☒ **#4 AUTHORIZED AGENT**
By delivering thereat a true copy of each personally to **Catherine M. Carille**, which person is the **Acting Deputy Clerk** thereof, an agent duly authorized to accept service on behalf thereof.

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a first-class, postpaid, properly addressed envelope marked "Personal and Confidential" , from a depository under the exclusive care and custody of the United States Post Office in the State of New York, or, if not served in New York State, within the State in which the service occurred.

☐   An additional mailing was done to the address above by certified mail..

☒ **#6 APPROXIMATE DESCRIPTION**     **Perceived Gender:** Female     **Perceived Race:** White     **Color of hair:** Blonde/Brown
**Age:** 25-35   **Height:** 5/7-5/9 **Weight:** 145-155     **Other Features:**

☐ **#7 MILITARY SERVICE:** Upon information and belief, subject is not active in the U.S. Military Service in any capacity. No specific active military information was provided by recipient when questioned during service, and/or non-military status was confirmed through records of the U.S. Dept. Of Defense or otherwise known to and/or verified by me, and I received no indication  during completion of this service that subject is active military.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#9 OTHER**
Signature of recipient was obtained and is on file.

I affirm on 12/2 , 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Benjamin Wakefield

*INTER COUNTY JUDICIAL SERVICES (NYC OFFICE) 225 BROADWAY, SUITE 440 NEW YORK, NEW YORK 10007*