UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CITY OF POUGHKEEPSIE, GLADYS LYLES,      Civil Case No.:25-cv-7668
and LISA CUMMINGS,
                 Plaintiffs,

       AGAINST                               **ANSWER**

COUNTY OF DUTCHESS and
COUNTY EXECUTIVE SUE SERINO,
                 Defendants.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The defendants, COUNTY OF DUTCHESS and COUNTY EXECUTIVE SUE SERINO, as and for their answer to the complaint herein, by their attorneys, Cook, Kurtz & Murphy, P.C., respectfully show to the court and allege:

I.

That they deny the allegations contained in the paragraphs numbered "1" through "7", "9", "10", "23' 41", "42", "44", "45", "47", "48", "62", "67", "69" through "71", "73" through "79", "84", "85", "87" through "100", "102" through "117", and "119" through "123" of the complaint herein.

II.

That they deny having knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs numbered "8", "11", through "22", "24 through "39", "43", "46", "49" through 61", "63" through "65", "72", "68", "80" through "83", "86", "101", and "118" of the complaint herein.

III.

That they deny each and every allegation of the complaint not hereinbefore expressly and specifically admitted, controverted or denied.

**AS AND FOR A FIRST, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

IV.

The complaint fails to state a claim upon which relief may be granted.

**AS AND FOR A SECOND, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

V.

Plaintiffs' claims are barred by the applicable statutes of limitations.

**AS AND FOR A THIRD, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

VI.

At all times relevant to the acts alleged in the Complaint, defendants, its agents and officials, acted reasonably, properly, and in the lawful exercise of their discretion.

**AS AND FOR A FOURTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

VII.

Plaintiffs lack standing to bring some or all of its claim.

**AS AND FOR A FIFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

VIII.

Plaintiffs failed to exhaust its administrative and/or state law remedies.

**AS AND FOR A SIXTH, SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

IX.

Plaintiffs' claims are not ripe.

**AS AND FOR A SEVENTH, SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

X.

Defendants acted within its discretion, and in accordance with the County's needs, procedures, and requirements.

**AS AND FOR AN EIGHTH, SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

XI.

Plaintiffs did not suffer any damages.

**AS AND FOR A NINTH, SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

XII.

Plaintiffs failed to mitigate, obviate, dimmish, or otherwise act to lesson the alleged damages.

**AS AND FOR A NINTH, SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

XIII.

Defendants did not discriminate against plaintiffs on the basis of race, national origin, or any other reason, either intentionally or otherwise.

**AS AND FOR A TENTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

XIV.

The Defendants' policies with respect to housing are not in violation of the 42 U.S.C. sections 3604 or The New York State Executive Law and have not caused Plaintiffs to suffer a disparate impact based upon race, have not perpetuated segregation, nor do they constitute intentional discrimination based upon race.

**AS AND FOR AN ELEVENTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

XV.

The County has not violated the Plaintiffs' rights under the United States Constitution, the laws of the United States and State of New York.

**AS AND FOR A TWELFTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:**

XVI.

Defendants are absolved from any and all liability for the wrongs alleged in the Complaint by reason of its full compliance with all statutes, regulations, or other laws in effect at the time of the conduct alleged in the Complaint.

### AS AND FOR A THIRTEENTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE DEFENDANTS ALLEGE:

XVII.

Plaintiffs' claims against Defendants are barred because Defendants had legitimate non-discriminatory reasons for any actions they allegedly took.

### AS AND FOR A FOURTEENTH, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THE RESPONDENT ALLEGES:

XVIII.

That at all times relevant to the acts alleged in the complaint, Respondents' actions were reasonable, proper, lawful, constitutional, made in good faith and without malice.

### DEFENDANTS HEREBY DEMAND A TRIAL BY JURY

WHEREFORE, the answering defendants demand judgment dismissing the complaint of the plaintiffs, as against them, or in the alternative, diminution of damages based on the culpable conduct of the plaintiffs and judgment over against the plaintiffs in an amount to be apportioned and determined at the trial of this action, together with the costs and disbursements of this action, and reasonable attorney's fees.

Dated: February 6, 2026

_____
MICHAEL T. COOK, ESQ., #512241
COOK, KURTZ & MURPHY, P.C.
ATTORNEYS FOR DEFENDANTS
85 MAIN STREET, PO BOX 3939
KINGSTON, NEW YORK 12402

TO:   Daniel Mullkoff, Esq.
      Wang Hecker LLP
      *Attorneys for Plaintiffs*
      111 Broadway, Suite 1406
      New York, New York 10006