# WANG HECKER LLP

111 BROADWAY, SUITE 1406
NEW YORK, NEW YORK 10006

**DANIEL MULLKOFF**
212.620.2606 TEL
212.620.2610 FAX

DMULLKOFF@WANGHECKER.COM

February 26, 2026

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *City of Poughkeepsie, et al. v. County of Dutchess, et al.*, No. 25-cv-7668

Your Honor:

    This firm represents Plaintiffs City of Poughkeepsie, Gladys Lyles, and Lisa Cummings. We submit this joint letter on behalf of all parties respectfully to request that the Court adjourn the upcoming Initial Conference set for February 27 at 12:30 PM (ECF No. 20) and refer this case to a Magistrate Judge for a Settlement Conference as soon as practicable.

    This case concerns the County's proposal to place an emergency shelter for single adults at 26 Oakley Street in the City of Poughkeepsie, which the City opposes. Given that this case involves two municipal entities as well as fee-shifting claims under federal and state law for injunctive relief, it is in the best interest of all parties to explore the possibility of settlement prior to accruing substantial fees and costs. Accordingly, the parties jointly request that the Court refer this case to a Magistrate Judge for a Settlement Conference, to be held as soon as practicable. The parties also jointly request that the Initial Conference, which is scheduled for February 27, 2026, be adjourned until after such Settlement Conference, so that the parties can explore settlement before accruing the substantial costs of discovery in this case. This is the first request for an adjournment of the Initial Conference.

    The parties have been conferring since last week to suggest an efficient and reasonable schedule for this injunctive case in the event it does not settle. We anticipate continuing to confer and reporting to the court within the next two weeks with a suggested alternate timeframe for proceeding with the case in the event it does not settle.

    We appreciate the Court's attention to this matter.

WANG HECKER LLP                                                          PAGE 2

                        Respectfully submitted,

                        /s/ Daniel Mullkoff

                        Daniel Mullkoff

cc: Michael Cook, Counsel for Defendants, via ECF

Granted. The 2/27/26 conference is adjourned sine die. The Parties are to provide a status report promptly after the question of settlement is resolved. The Court will file a referral to the Magistrate Judge.

So Ordered.

*[signature]*

2/26/26